

| ZACHARY W. CARTER | THE CITY OF NEW YORK | JENNY WENG |
|---|---|---|
| *Corporation Counsel* | **LAW DEPARTMENT** | *Senior Counsel* |
| | 100 CHURCH STREET | Tel.: (212) 356-2648 |
| | NEW YORK, N.Y. 10007 | Fax: (212) 356-3509 |
| | | jweng@law.nyc.gov |

December 4, 2015

**VIA ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>Kashif Alleyne, et al. v. City of New York, et al.</u>, 15 Civ. 01860 (WFK)(VMS)

Your Honor:

    I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing the defendants in the above-referenced matter. The parties write to provide the Court with a status report and apologize for the delay in submitting same. The parties have exchanged discovery responses. There are, however, additional paper discovery to complete, including outstanding medical records, before the parties can conduct depositions.

    Thank you for your time and consideration.

                                      Respectfully submitted,

                                      /s/

                                    Jenny Weng
                                    Senior Counsel
                                    Special Federal Litigation Division

cc:    Robert Marinelli, Esq. (By ECF)