Record of Conference and Orders: Vera M. Scanlon, USMJ    Date: 12/8/2015

Case: Alleyne v City of NY

Civ. A. 15 - 1860    (NFK)(VMS)

ECF Recording in 504N:    ☐ Telephone Conference    ☐ In-person Conference

10:07 - 10:11

**Counsel:** *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference ☑ Status Conference ☐ Settlement Conference ☐ Motion Hearing ☐ Discovery Conference ☐
☐ JPTO Conference    ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder    ☐ To be served    ☐ To be filed

   ☐ Complaint ☐ Answer    ☐ On consent ☐ By motion ☐ By PMC letter

☑ Joint status letter ☐ Stip of dismissal to be filed    3/1/16

☑ Status conference    Date: 3/8/16  Time: 2:15 pm

   ☐ In person ☑ Telephone (718) 613-2300    To be organized by: △

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated    ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed    ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference    Date:    Time:

Page 1 of 2

Case: Alleyne v City of NY    Civ. A. 15-1860

Date: 12/8/2015

**Additional Orders:**

By 1/8/15, counsel will submit a joint letter apprising the Court of any issues relating to the disclosure of CI information.