# ROBERT MARINELLI
ATTORNEY AT LAW
305 BROADWAY, 14TH FLOOR
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

January 20, 2016

**BY ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Alleyne et als. v. City of New York, et al.*, 15 CV 1860 (WFK)(VMS)

Your Honor:

    I am the attorney for plaintiffs in the above-referenced action. I write pursuant to your Honor's Order dated December 8, 2015 directing the parties to inform The Court of any issues relating to the disclosure of Confidential Informant ("CI") information. I apologize for the lateness of this submission.

    Unfortunately, due to the lateness of plaintiffs' document demands focused specifically on CI's, defendants' responses are not due until February 12, 2016.

    Plaintiff apologizes for this delay and respectfully request that the parties be given until February 16, 2016 to provide Your Honor an update.

    Thank you for your consideration herein.

                                                    Yours truly,

                                                    /ss/

                                                    Robert Marinelli