**Record of Conference and Orders: Vera M. Scanlon, USMJ**          Date: **2/26/2016**

**Case: Alleyne et al v. The City of New York et al**
**Civ. A. 15-1860 (WFK)(VMS)**
**ECF Recording in 504N:**          ☑ Telephone Conference          ☐ In-person Conference

9:38 - 10:40

**Counsel:** *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)
**Conference Type:**

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☑ Motion Hearing ☐ Discovery Conference ☐
☐ JPTO Conference      ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

| | |
|---|---|
| ☐ Motions decided on the record | [18] denied w/o prejudice as discussed below |
| ☐ Rule 26(a) disclosures, incl. supplements | |
| ☐ Document requests to be served | |
| ☐ Interrogatories to be served | |
| ☐ Amended pleadings, incl. joinder | ☐ To be served          ☐ To be filed |
| ☐ Complaint ☐ Answer | ☐ On consent ☐ By motion ☐ By PMC letter |
| ☐ Joint status letter ☐ Stip of dismissal to be filed | |
| ☑ Status conference | Date: 4/11/16 Time: 9:30 |
| ☐ In person ☑ Telephone (718) 613-2300 | To be organized by: △ |
| ☐ Specific depositions to be held | |
| ☐ Fact discovery closes | |
| ☐ Expert disclosures to be served | |
| ☐ Initial expert report(s) to be served | |
| ☐ Rebuttal expert report(s) to be served | |
| ☐ Expert discovery closes | |
| ☐ All discovery closes | |
| ☐ Joint letter confirming discovery is concluded | |
| ☐ Summary judgment to be initiated | ☐ PMC letter ☐ Briefing |
| ☐ Joint pre-trial order to be filed | ☐ Letter for conference ☐ Proposed JPTO |
| ☐ Proposed confidentiality order to be filed | |
| ☐ Consent to Magistrate Judge to be filed | |
| ☐ Settlement Conference | Date:          Time: |

Page 1 of 2

**Vera M. Scanlon, USMJ**

**Conference Orders, Continued**

Case: _Albyne_      Civ. A. _15 - 1860_

Date: _3 /4 /2016_

**<u>Additional Orders:</u>**

△ is to inquire as to the
likely available documents as to
the CI as discussed. π will
inquire at his expert as to the
likely documents available.
Counsel will confer.

π will move in State Court
as to the unsealing of the
supporting affidavit for the
relevant search warrants. π
is to make the motion
expeditiously.