# ROBERT MARINELLI
ATTORNEY AT LAW
305 BROADWAY, SUITE 1001
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

June 2, 2016

**BY ECF**

Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Alleyne et. als v. City of New York, et al.*, 15-CV-1860 (WFK)(VMS)

Your Honor:

I represent plaintiffs on the above matter.

On May 31, 2016 a conference scheduled for June 7, 2016 was cancelled Sine Die and this case was marked closed.

This action was taken in response to stipulations entered in Docket Entries 25 and 29. These stipulations dismissed certain claims of certain defendants. However, numerous claims remain unresolved.

Plaintiff respectfully requests that this matter be reopened and a new conference scheduled.

Plaintiff thanks the Court for consideration of this request.

Yours truly,

/s/

Robert Marinelli

Cc: Wilda Rodriguez, Esq.