AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

|  |  |  |  |
|---|---|---|---|
| Kashif Alleyne, et al. | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 15-CV-1860 (WFK)(VMS) |
| City of New York, et al. | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kashif Alleyne and Damani McFarlane                                                                          .

Date:        06/13/2016

_Juliene Drei Munar_
*Attorney's signature*

Juliene Drei Munar (JM3734)
*Printed name and bar number*

Wright and Marinelli LLP
305 Broadway, Suite 1001
New York, NY 10007

*Address*

jdreimunar@gmail.com
*E-mail address*

(212) 822-1427
*Telephone number*

*FAX number*

Print        Save As...                                                          Reset