# ROBERT MARINELLI

### ATTORNEY AT LAW
### 305 BROADWAY, SUITE 1001
### NEW YORK, NEW YORK 10007
### (212) 822-1427
### Facsimile (212) 202-9646

June 15, 2016

**BY ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *Alleyne et als. v. City of New York, et al.*, 15 CV 1860 (WFK)(VMS)

Your Honor:

I am one of the attorneys for plaintiffs in the above-referenced action. I write pursuant to your Honor's Order dated June 7, 2016 to explain my absence from that day's conference.

My absence was caused by a calendaring mistake. I believed that the conference began at 4:00 P.M., not 3:00. I have placed a new method of monitoring my Court appearances to help prevent a reoccurrence of my unfortunate absence. I apologize for my failure to appear as well as the tardiness of this explanation.
.

Yours truly,

/ss/

Robert Marinelli

Cc: Wilda Rodriguez, ACC