**Record of Conference and Orders: Vera M. Scanlon, USMJ**  Date: 6/16/2016

Case: Alleyne

Civ. A. 15-1866 ( ✓ )(VMS)

**ECF Recording in 504N:**  ☑ Telephone Conference   ☐ In-person Conference

5:12 – 5:16

**Counsel:** *(See separately docket entry or document for specific appearances)*

Marinelli                              Rodriguez

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☑ Motion Hearing ☐ Discovery Conference ☐
☐ JPTO Conference   ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☑ Motions decided on the record    the motion to compel by 11 is granted

☐ Rule 26(a) disclosures, incl. supplements
☐ Document requests to be served
☐ Interrogatories to be served
☐ Amended pleadings, incl. joinder        ☐ To be served    ☐ To be filed
   ☐ Complaint ☐ Answer                   ☐ On consent ☐ By motion ☐ By PMC letter
☐ Joint status letter ☐ Stip of dismissal to be filed

☐ Status conference            Date:            Time:
   ☐ In person ☐ Telephone (718) 613-2300   To be organized by:

☐ Specific depositions to be held
☐ Fact discovery closes
☐ Expert disclosures to be served
☐ Initial expert report(s) to be served
☐ Rebuttal expert report(s) to be served
☐ Expert discovery closes
☐ All discovery closes
☐ Joint letter confirming discovery is concluded
☐ Summary judgment to be initiated        ☐ PMC letter ☐ Briefing
☐ Joint pre-trial order to be filed       ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☐ Settlement Conference         Date:            Time:

Page 1 of 1