**Record of Conference and Orders: Vera M. Scanlon, USMJ**   Date: 6/16/2016

Case: Albyn _____

Civ. A. 15 - 1860 ( )(VMS)

**ECF Recording in 504N:**    ☑ Telephone Conference    ☐ In-person Conference

7:57 – 8:14

**Counsel:** *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☑ Motion Hearing ☐ Discovery Conference ☐
☐ JPTO Conference   ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record        // motion to compel (x2) are granted

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder        ☐ To be served    ☐ To be filed
  ☐ Complaint ☐ Answer                    ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☐ Status conference        Date:        Time:
  ☐ In person ☐ Telephone (718) 613-2300    To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated    ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed    ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference        Date:        Time:

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: Ellyne   Civ. A. 15-1860

Date: 6/6/2016

**Additional Orders:**

As to the questions about the CI and the other location arrest, the TT can ask the questions as discussed.