# ROBERT MARINELLI
ATTORNEY AT LAW
305 BROADWAY, SUITE 1001
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

June 20, 2016

**BY ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Alleyne et al. v. The City of New York et al.</u>,15-CV-1860 (WFK)(VMS)

Your Honor:

    I am attorney for plaintiff in the above referenced case. I write to respectfully request that Your Honor extend plaintiff's deadline to provide an affidavit as to financial damages until Friday, June 24, 2016. Plaintiff contacted defense counsel this morning regarding the extension request, but we have not yet received a response.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/

Robert Marinelli