# EXHIBIT A

D.I. KENNY 1346 PROSPECT PLACE 2ND FL

## SEARCH WARRANT PLAN PRE-EXECUTION
PO 374-150 (6-82) PAGE 1

| Date SW Obtained | B.O./Case No. | Div. Serial No. | Command | Command Serial No. |
|---|---|---|---|---|
| 10/29/14 | 2014-547-002118S | PAGE # 28 | NBBN | 425C |

| SW Obtained By | From Court (County) | Court Warrant No. | ☒ No-Knock ☐ Night Service | Tactical Plan Ranking Officer in Charge |
|---|---|---|---|---|
| DET. RAHMAN | BK CRIM CT | 732/14 | | INSPECTOR KENNY |

| PERSONNEL | SPECIFIC ASSIGNMENT | SUPERVISED BY | EQUIPMENT | SHOTGUN |
|---|---|---|---|---|
| D.I. KENNY | OVERALL SUPERVISOR | SELF | CELL # ▮▮▮▮ | YES ☐ NO ☒ / AUTO NO. ASSIGN |
| SGT. FRANCIS | SUPERVISOR TEAM LEADER / Entry Team Supervisor | D.I. KENNY | | YES ☐ NO ☒ / AUTO NO. ASSIGN |
| DET. ORTEGA | 2 / Bunker #1/ RECORDER | SGT. FRANCIS / DO | NOOSE/EXTINGUISHER / BUNKER | YES ☐ NO ☒ / AUTO NO. ASSIGN |
| DET. MCCULLOUGH | Bunker #1 Security | DO | | YES ☐ NO / AUTO NO. ASSIGN |
| DET. VALENTINE | Bunker #2 | DO | BUNKER | YES ☐ NO ☐ / AUTO NO. ASSIGN |
| DET. KANOVER | Bunker #2 Security | DO | | YES NO |
| DET. FINNEGAN | RAM/ cuff and toss | DO | HAND | YES ☐ NO ☒ / AUTO NO. ASSIGN |
| DET. MORALES | RABBIT | DO | RABBIT | |
| DET. KALANDODZE | RABBIT ASSISTANT | DO | SLEDGE/KELLY TOOL | YES ☐ NO ☒ / AUTO NO. ASSIGN |
| DET. LAFORTUNE | ANIMAL CONTROL | DO | FIRE EXTINGUISHER / DOG NOOSE | YES ☐ NO ☒ / AUTO NO. ASSIGN |
| | 1 | DO | | |
| | 2 | DO | | |
| 077 PCT OFFICER | Front Security/HOSPITAL AUTO | DO | | YES ☐ NO ☒ / AUTO NO. ASSIGN |
| 077 PCT OFFICER | Front Security/HOSPITAL AUTO | DO | | |
| | 1 | | | YES ☐ NO ☐ / AUTO NO. |
| | 2 | | | |
| | 1 | | | YES ☐ NO ☐ / AUTO NO. |
| | 2 | | | |

| Shotgun Authorization By | Radio Disp. NTFD | Officer Assigned "Area" Portable Radio | Reconnaissance of Area Performed By |
|---|---|---|---|
| N/A | ☐ YES ☒ NO | D.I. KENNY | DET. ELLERBE / SGT. MALONEY |

Potential Hazards - Problems
DESTRUCTION OF EVIDENCE/ FLIGHT OF PERPS/ POSSIBLE WEAPONS AT LOCATION/ TWO (2) DOGS AT LOCATION.

KCH- S/B SHENECTADY AVE TO EASTERN PKWY / PROCEED W/B TO ALBANY & S/B TO CLARKSON AVE

| Exact Address of Building | | Floor | Apt. No. |
|---|---|---|---|
| 1346 PROSPECT PLACE | | 2nd floor | 2nd floor |

Distinctive Markings - Location of Address Number
" 1346 " EMBEDDED ABOVE MAIN WHITE METAL ENTRANCE DOOR

| Exterior Door Construction - Distinctive Marking | Alarm | Peep Hole | Locks | Fire Escape | Rear Exit |
|---|---|---|---|---|---|
| WHITE METAL | ☐ Yes ☒ No | ☐ Yes ☒ No | ☒ Yes ☐ No | ☐ Yes ☒ No | ☒ Yes ☐ No |
| Interior Door Construction - Distinctive Markings | Alarm | Peep Hole | Locks | Fire Escape | Rear Exit |
| WOOD DOOR | ☐ Yes ☒ No | ☐ Yes ☒ No | ☒ Yes ☐ No | ☐ Yes ☒ No | ☒ Yes ☐ No |

Indicate Public Information Officer, Outside Agencies e.g. IAB, IRS, Housing Police, etc.
INTEL- TINE #20141029001094 , OPERATION-PO FANTINO # 3443 , NARCO DIV. - DET. GONZALEZ PAGE #28
NBBN ICO - LT. ▮▮▮▮, OCCB INSPECTION - SGT BUTLER #1835 , BORO WHEEL-PO JENNINGS # PAGE # 28, GANG- CAPT ESPINOZA
K-9-DET. CENTENO

DISTRIBUTION-WHITE: UNIT CASE FOLDER   BLUE: TEAM CASE FOLDER   PINK: DIV. OFFICE   BUFF: SEARCH WARRANT FILE

D 063

SEARCH WARRANT PLAN
PRE-EXECUTION
PID 374-150 (5-82)    PAGE 2

| B.O./Case No. | Div. Serial No | Command | Command Serial No. |
|---|---|---|---|
| 2014-547-002118S | PAGE # 28 | NBBN | 424C |

DIAGRAM: (Include Exterior Street Area, Hallway and Apartment Layout, Indicate Expected Position of Personnel)

1346 PROSPECT PLACE 1ST FLOOR

DETAILS OF MANNER OF EXECUTION:

IF ADDITIONAL SPACE NEEDED - USE COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-0818

| SUPERVISOR PREPARING PLAN | | APPROVING SUPERVISOR | |
|---|---|---|---|
| Rank and Name - Printed | Signature | Rank and Name - Printed | Signature |
| SGT. FRANCIS | | D.I. KENNY | |

DISTRIBUTION -WHITE: UNIT CASE FOLDER   BLUE: TEAM CASE FOLDER   PINK: DIV. OFFICE   BUFF: SEARCH WARRANT FILE

D 064

*D.I. Kenny 1346 Prospect Place Ground Fl*

| SEARCH WARRANT PLAN PRE-EXECUTION PO 374-150 (6-82) PAGE 1 | Date SW Obtained 10/29/14 | B.O./Case No. 2014-547-002118S | Div. Serial No. PAGE # 28 | Command NBBN | Command Serial No. 427C |
|---|---|---|---|---|---|
| SW Obtained By DET. RAHMAN | From Court (County) BK CRIM CT | Court Warrant No. 730/14 | ☒ No-Knock ☐ Night Service | Tactical Plan Ranking Officer in Charge INSPECTOR KENNY | |

| PERSONNEL | SPECIFIC ASSIGNMENT | SUPERVISED BY | EQUIPMENT | SHOTGUN |
|---|---|---|---|---|
| D.I. KENNY | 1 OVERALL SUPERVISOR / SUPERVISOR TEAM LEADER | SELF | CELL # ▓▓▓ | YES ☐ NO ☒ / AUTO NO. ASSIGN |
| LT. GATELY | 1 Entry Team Supervisor | D.I. KENNY | | YES ☐ NO ☒ / AUTO NO. |
| SGT. BRYANT | 2 | LT. GATELY | NOOSE/EXTINGUISHER | ASSIGN |
| DET. MICHELI | 1 Bunker #1/ RECORDER | SGT. BRYANT | BUNKER | YES ☐ NO ☒ / AUTO NO. |
| DET. SANTANA | 2 Bunker #1 Security | DO | | ASSIGN |
| DET. MARTIN | 1 Bunker #2 | DO | BUNKER | YES NO ☐ / AUTO NO. |
| DET. KHAN | 2 Bunker #2 Security | DO | | ASSIGN |
| DET. ~~RIDHGAN~~ | 1 RAM/ cuff and toss | DO | HAND | YES ☐ NO ☒ / AUTO NO. |
| DET. BALSAMO | 2 RABBIT RAM | DO | RABBIT | ASSIGN |
| DET. MILLER | 1 RABBIT ASSISTANT | DO | SLEDGE/KELLY TOOL | YES ☐ NO ☒ / AUTO NO. |
| DET. LAFORTUNE | 2 ANIMAL CONTROL | DO | FIRE EXTINGUISHER / DOG NOOSE | ASSIGN |
| DET. KALANDODZE | 1 HALL SECURITY | DO | | YES ☐ NO ☒ / AUTO NO. |
| DET. O'BRIEN | 2 HALL SECURITY | DO | | |
| 077 PCT OFFICER | Front Security/HOSPITAL AUTO | DO | | YES ☐ NO ☒ / AUTO NO. |
| 077 PCT OFFICER | Front Security/HOSPITAL AUTO | DO | | |

| Shotgun Authorization By N/A | Radio Disp. NTFD ☐ YES ☒ NO | Officer Assigned "Area" Portable Radio D.I. KENNY | Reconnaissance of Area Performed By DET. ELLERBE / SGT. MALONEY |
|---|---|---|---|

Potential Hazards - Problems

DESTRUCTION OF EVIDENCE/ FLIGHT OF PERPS/ POSSIBLE WEAPONS AT LOCATION/ TWO (2) DOGS AT LOCATION.

KCH- S/B SHENECTADY AVE TO EASTERN PKWY / PROCEED W/B TO ALBANY & S/B TO CLARKSON AVE

| Exact Address of Building 1346 PROSPECT PLACE | Floor GROUND Fl | Apt. No. GROUND floor |
|---|---|---|
| Distinctive Markings - Location of Address Number " 1346 " EMBEDDED ABOVE MAIN WHITE METAL ENTRANCE DOOR | | |

| Exterior Door Construction - Distinctive Marking WOOD COLOR WOOD DOOR | Alarm ☐Yes ☒No | Peep Hole ☐Yes ☒No | Locks ☒Yes ☐No | Fire Escape ☐Yes ☒No | Rear Exit ☒Yes ☐No |
|---|---|---|---|---|---|
| Interior Door Construction - Distinctive Markings | Alarm ☐Yes ☒No | Peep Hole ☐YES ☒NO | Locks ☒Yes ☐NO | Fire Escape ☐YES ☒NO | Rear Exit ☒YES ☐NO |

Indicate Public Information Officer, Outside Agencies e.g. IAB, IRS, Housing Police, etc.
INTEL- GARGANO #20141029001095 , OPERATION-PO FANTINO # 3443 , NARCO DIV. - DET. GONZALEZ PAGE #28
NBBN ICO - LT. WINKLER, OCCB INSPECTION - SGT BUTLER #1836 , BORO WHEEL-PO JENNINGS # PAGE # 28, GANG- CAPT ESPINOZA
K-9- DET. CENTENO

DISTRIBUTION-WHITE: UNIT CASE FOLDER    BLUE: TEAM CASE FOLDER    PINK: DIV. OFFICE    BUFF: SEARCH WARRANT FILE

| SEARCH WARRANT PLAN PRE-EXECUTION PID 374-150 (5-82) PAGE 2 | B.O./Case No. 2014-547-002118S | Div. Serial No. PAGE # 28 | Command NBBN | Command Serial No. 427C |
|---|---|---|---|---|

DIAGRAM: (Include Exterior Street Area, Hallway and Apartment Layout. Indicate Expected Position of Personnel)

1346 PROSPECT PLACE GROUND FLOOR

DETAILS OF MANNER OF EXECUTION:

IF ADDITIONAL SPACE NEEDED - USE COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-0818

| SUPERVISOR PREPARING PLAN | | APPROVING SUPERVISOR | |
|---|---|---|---|
| Rank and Name - Printed | Signature | Rank and Name - Printed | Signature |
| SGT. PARENTE | | D.I. KENNY | |

DISTRIBUTION -WHITE: UNIT CASE FOLDER    BLUE: TEAM CASE FOLDER    PINK: DIV. OFFICE    BUFF: SEARCH WARRANT FILE

D 066