# EXHIBIT E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

| | |
|---|---|
| KASHIF ALLEYNE, DERRICK LOUIGARDE, and DAMANI MCFARLANE,<br><br>           Plaintiffs,<br><br>  -against-<br><br>CITY OF NEW YORK, JOHN and JANE DOE 1 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),<br><br>           Defendants. | **DEFENDANT'S FIRST SUPPLEMENTAL DISCLOSURES PURSUANT TO F.R.C.P. 26(e)**<br><br>15 CV 01860 (WFK)(VMS) |

-------------------------------------------------------------------------x

  Defendant City of New York, by its attorney, Zachary W. Carter, Corporation Counsel of the City of New York, pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, hereby submits the following for its first supplemental disclosures:

  (a)(1)(A)(i). the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless solely for impeachment;

    9.  Detective Ylka Morales, Shield No. 05340, Brooklyn North Narcotics, 1 Police Plaza, New York, NY;

    10.  Detective Natia Kalandadze, Shield No. 20858, Brooklyn North Narcotics, 1 Police Plaza, New York, NY;

    11.  Detective James McCullough, Shield No. 31112, Brooklyn North Narcotics, 1 Police Plaza, New York, NY;

    12.  Detective Lorne Kanover, Shield No. 01824, Brooklyn North Narcotics, 1 Police Plaza, New York, NY.

Dated: New York, New York
August 12, 2015

                ZACHARY W. CARTER
                Corporation Counsel of the
                City of New York
                Attorney for Defendants
                100 Church Street, Room 3-173b
                New York, New York 10007
                (212) 356-2648

By: _____
      Jenny Weng
      Senior Counsel
      Special Federal Litigation Division

To:    <u>Via First Class Mail</u>
      Robert Marinelli, Esq.
      *Attorney for Plaintiffs*