# EXHIBIT F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

KASHIF ALLEYNE,
AND DAMANI MCFARLANE,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.

                Defendants.
----------------------------------------------------------------x

**NOTICE OF DEPOSITION**

15-CV-1860 (WFK)(VMS)

    PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, plaintiff will take the deposition of defendants D.I. Kenny, Sgt. Francis, Det. Ortega, Det. Valentine, Det. Santana. Det. Finnegan, and Det. Lafortune, at the office of Robert Marinelli, Esq., 305 Broadway, Suite 1001, New York, New York 10007, at a time mutually agreeable to the parties and continuing from day to day thereafter until such time as it is concluded.  Pursuant to FED. R. CIV. P. 34 and 30(b)(2), the deponent must produce at the deposition his any documents related to the arrest and/or prosecution of plaintiff in his possession, custody or control, for inspection and copying, including their memo book for the date of the incident.  Pursuant to FED. R. CIV. P. 30(b)(3)(A), the deposition will be recorded by stenographic and/or videographic means.

Dated:  June 29, 2016
       New York, New York

                                                Robert Marinelli
                                                305 Broadway, Suite 1001
                                                New York, New York 10007
                                                (212) 822-1427

To:    ACC Wilma Rodriguez, Esq.