# EXHIBIT G



| | THE CITY OF NEW YORK | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>SPECIAL FEDERAL LITIGATION<br>DIVISION<br>100 Church Street, 3rd Floor<br>New York, NY 10007 | Wilda J. Rodriguez<br>phone: (212) 356-4361<br>fax: (212) 356-3508<br>email: wrodrigu@law.nyc.gov |

June 30, 2016

**VIA FIRST CLASS MAIL**
Robert Marinelli, Esq.
305 Broadway, 10th Floor
New York, New York 10007

      Re:   <u>Kashif Alleyne, et al. v. City of New York, et al.</u>, 15–CV–01860 (WFK)(VMS)

Dear Mr. Marinelli:

      Our office is in receipt of Plaintiff Kashif Alleyne's "Affidavit as to Financial Damages" dated June 24, 2016. The Affidavit is, however, deficient as it is not sworn before a notary public by Plaintiff. Additionally, Defendants have not received an "Affidavit as to Financial Damages" on behalf of Plaintiff Damani McFarlane for the alleged damage to personal property as testified to at his June 14, 2016 deposition.

      Our office is also in receipt of Plaintiffs' "Notice of Deposition" served today and denies the request to conduct seven (7) additional depositions of D.I. Kenny, Sgt. Francis, Det. Ortega, Det. Valentine, Det. Santana, Det. Finnegan, and Det. Lafortune. Defendants' Search Warrant Plan Pre-Execution, bearing Bates No. D 063, was produced in Defendants' Discovery Responses on August 14, 2015 providing Plaintiffs ample time to make such a request. This being the first request made and also the last day of fact-discovery, Defendants deny this request in its entirety as untimely and disproportional to the needs of the case.

                                             Sincerely,

                                             Wilda J. Rodriguez
                                             *Assistant Corporation Counsel*
                                             Special Federal Litigation Division