# EXHIBIT H



Drei Munar <j.drei.munar@gmail.com>

## Alleyne

**Robert Marinelli** <robmarinelli@gmail.com>  Fri, Jul 22, 2016 at 1:58 PM
To: Drei Munar <j.drei.munar@gmail.com>

---------- Forwarded message ----------
From: **Rodriguez, Wilda (Law)** <wrodrigu@law.nyc.gov>
Date: Fri, Jul 15, 2016 at 8:10 AM
Subject: Re: Alleyne
To: Robert Marinelli <robmarinelli@gmail.com>

Hi Mr. Marinelli,

My apologies for the delayed response. I have been out of the office. In regard to the amended complaint, please send me a copy of the proposed amended complaint.  In terms of the seven additional detective depositions, my position on that still remains the same as in my June 30th letter.  While Judge Scanlon extended the deadline, deposing everyone on the Tact. Plan is not only beyond the 10-limit rule but truly disproportional to the needs of this case and unduly burdensome.  These additional depositions would not lead to anymore material information than already obtained.

Best regards,

**Wilda J. Rodriguez, Esq.**
Assistant Corporation Counsel
Special Federal Litigation Division
New York City Law Department
100 Church Street, 3-160
New York, NY 10007
Tel. (212) 356-4361
Fax (212) 356-3509
wrodrigu@law.nyc.gov
This e-mail message is sent by The City of New York and may contain information that is privileged, confidential and/or attorney work product for the sole use of the intended recipient. If you are not the intended recipient, please delete the e-mail and any attachment and notify us immediately.
**Please consider the environment before printing this e-mail.**

On Jul 13, 2016, at 4:09 PM, Robert Marinelli <robmarinelli@gmail.com> wrote:

> Hi Wilda,
>
> Can you let me know when you can produce  D.I. Kenny, Sgt. Francis, Det. Ortega, Det. Valentine, Det. Santana. Det. Finnegan, and Det. Lafortune for depositions.
>
> If there is an issue regarding your procuring their production, please let me know that as well.
>
> Thanks.

--
Robert Marinelli, Esq.
305 Broadway, 9th Floor
New York, NY 10007
(212)822-1427

--
Robert Marinelli, Esq.
305 Broadway, 9th Floor
New York, NY 10007
(212)822-1427