# EXHIBIT I

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

KASHIF ALLEYNE,
AND DAMANI MCFARLANE,

                              Plaintiff,                    **NOTICE OF
                                                            DEPOSITION**

               -against-
                                                            15-CV-1860 (WFK)(VMS)

CITY OF NEW YORK, et al.

                              Defendants.

-------------------------------------------------------------------x


        PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil
Procedure, plaintiff will take the deposition of defendants Lt. Gately, Sgt. Bryant, Det. Micheli, Det.
Santana, Det. Martin, Det. Khan, Det. Balsamo and Det. Miller, at the office of Robert Marinelli,
Esq., 305 Broadway, Suite 1001, New York, New York 10007, at a time mutually agreeable to the
parties and continuing from day to day thereafter until such time as it is concluded.  Pursuant to
FED. R. CIV. P. 34 and 30(b)(2), the deponent must produce at the deposition his any documents
related to the arrest and/or prosecution of plaintiff in his possession, custody or control, for
inspection and copying, including their memo book for the date of the incident.  Pursuant to FED.
R. CIV. P. 30(b)(3)(A), the deposition will be recorded by stenographic and/or videographic means.


        Dated:  July 18, 2016
                New York, New York


                                        _____
                                        Robert Marinelli
                                        305 Broadway, Suite 1001
                                        New York, New York 10007
                                        (212) 822-1427


        To:     ACC Wilma Rodriguez, Esq.