# EXHIBIT J

```
                                                              Page 1
 1      UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK
 2      ---------------------------------------------X
        KASHIF ALLEYNE, DERRICK LOUIGARDE, and DAMANI
 3      MCFARLANE,
 4                            Plaintiffs,
 5
                                              Case No:
 6         - against -                        15-CV-1860
 7
        CITY OF NEW YORK; P.O. WALIUR RAHMAN, Shield No.
 8      6428; DET. YIKA MORALES, Shield No. 5430; DET NATIA
        KALANDADZE, Shield No. 20858; Det. JAMES
 9      MCCULLOUGH, Shield No. 31112; DET LORNE KANOVER,
        Shield No. 1824; JOHN and JANE DOE 1 through 10,
10      individually and in their official capacities ( the
        names John and Jane Doe being fictitious, as the
11      true names are presently unknown),
12                            Defendants.
13
        ---------------------------------------------X
14
                        305 Broadway
15                      New York, New York
16                      June 16, 2016
                        11:40 a.m.
17
18
19
20
21      DEPOSITION OF WALIUR RAHMAN, pursuant to Court
22      Order, taken at the above place, date and time,
23      before DENISE ZIVKU, a Notary Public within and for
24
25      the State of New York.
```

```
 1      A P P E A R A N C E S:
 2
 3
 4      ROBERT MARINELLI, ESQ.
 5      Attorneys for Plaintiffs
 6          305 Broadway
 7          New York, New York 10007
 8
 9
10
11      NEW YORK CITY LAW DEPARTMENT
12      OFFICE OF THE CORPORATION COUNSEL
13      Attorneys for Defendant
14          100 Church Street
15          New York, New York 10007
16      BY:  WILDA J. RODRIGUEZ, ESQ.
17
18
19      Also Present:  Drei Munar, Esq.
20
21
22
23
24
25
```

```
                                                    Page 3
 1              S T I P U L A T I O N S:

 2

 3       IT IS HEREBY STIPULATED AND AGREED by and between

 4        the attorneys for the respective parties hereto,

 5        that this examination may be sworn to before any

 6

 7       Notary Public.

 8

 9

10

11       IT IS FURTHER STIPULATED AND AGREED that the

12

13        filing and certification of the said examination

14

15        shall be waived.

16

17

18

19       IT IS FURTHER STIPULATED AND AGREED that all

20

21        objections to questions, except as to the form

22

23        of the question, shall be reserved for the time

24

25        of trial.
```

Page 4

1
2  WALIUR RAHMAN, a Defendant herein, having
3  been first duly sworn by a Notary Public
4  within and for the State of New York, was
5  examined and testified as follows:
6
7  EXAMINATION BY
8  MR. MARINELLI:
9
10       Q.    Will you state your name and
11  address for the record, please.
12       A.    Detective Waliur Rahman, Shield
13  No. 6328, One Police Plaza, New York, New
14  York 10038.  Waliur, W-a-l-i-u-r, Detective
15  Waliur, last name Rahman, R-a-h-m-a-n.
16       Q.    Do you understand you're under
17  oath?
18       A.    Yes, sir.
19       Q.    Your understand you have to tell
20  the truth?
21       A.    Yes.
22       Q.    Is there any reason you can't
23  tell the truth today?
24       A.    Not at all.
25       Q.    Tell me what your

```
                                            Page 169
 1              DETECTIVE WALIUR RAHMAN
 2       Q.      Now the person you're describing
 3   that's Kashif Alleyne; is that right?
 4       A.      Yes.
 5       Q.      When you got to the location
 6   Kashif Alleyne was already in handcuffs?
 7       A.      Yes.
 8       Q.      Can you tell me what officers
 9   were with Mr. Alleyne?
10       A.      I don't remember exactly what
11   other officers, but I remember Detective
12   Steve La Fortune was there.
13       Q.      Did he have custody of Mr.
14   Alleyne?
15       A.      Yes.
16       Q.      How did you know that?
17       A.      Mr. Kashif Allylene was seated
18   on the chair and in handcuffs.
19       Q.      And can you describe the room
20   when you went into that door, can you
21   describe what you see, is that the living
22   room right there?
23       A.      Mr. Alleyne was in the bedroom.
24       Q.      You say that you saw Mr. Alleyne
25   as soon as you came into the apartment; is
```