# EXHIBIT K

```
                                                          Page 1
 1     UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF NEW YORK
 2     ------------------------------------------------X
 3     KASHIF ALLEYNE, DERRICK LOUIGARDE, and DAMANI
       MCFARLANE,
 4
                           Plaintiffs,
 5
 6                                              Case No:
          - against -                           15-CV-1860
 7
 8     CITY OF NEW YORK; P.O. WALIUR RAHMAN, Shield No.
       6428; DET. YIKA MORALES, Shield No. 5430; DET.
 9     NATIA KALANDADZE, Shield No. 20858; Det. JAMES
       MCCULLOUGH, Shield No. 31112; DET. LORNE KANOVER,
10     Shield No. 1824; JOHN and JANE DOE 1 through 10,
       individually and in their official capacities (the
11     names John and Jane Doe being fictitious, as the
       true names are presently unknown),
12
13                         Defendants.
14     ------------------------------------------------X
15                  305 Broadway
                    New York, New York
16
                    June 16, 2016
17                  11:06 a.m.
18
19
20
21     DEPOSITION OF YIKA MORALES, pursuant to Notice,
22     taken at the above place, date and time, before
23     DENISE ZIVKU, a Notary Public within and for the
24
25     State of New York.
```

```
 1      A P P E A R A N C E S:
 2
 3
 4      ROBERT MARINELLI, ESQ.
 5      Attorneys for Plaintiffs
 6           305 Broadway
 7           New York, New York 10007
 8
 9
10
11      NEW YORK CITY LAW DEPARTMENT
12      OFFICE OF THE CORPORATION COUNSEL
13      Attorneys for Defendant
14           100 Church Street
15           New York, New York 10007
16      BY:  WILDA RODRIGUEZ, ESQ.
17
18
19
20
21
22
23      ALSO PRESENT:
24
25      Drei Munar, Esq.
```

```
                                                              Page 3
 1              S T I P U L A T I O N S:
 2
 3        IT IS HEREBY STIPULATED AND AGREED by and between
 4         the attorneys for the respective parties hereto,
 5         that this examination may be sworn to before any
 6
 7        Notary Public.
 8
 9
10
11        IT IS FURTHER STIPULATED AND AGREED that the
12
13         filing and certification of the said examination
14
15         shall be waived.
16
17
18
19        IT IS FURTHER STIPULATED AND AGREED that all
20
21         objections to questions, except as to the form
22
23         of the question, shall be reserved for the time
24
25         of trial.
```

Page 4

```
 1
 2   YIKA MORALES, a Defendant herein, having
 3   been first duly sworn by a Notary Public
 4   within and for the State of New York, was
 5   examined and testified as follows:
 6
 7   EXAMINATION BY
 8   MR. MARINELLI:
 9
10       Q.    Will you state your name and
11   address for the record, please.
12       A.    Detective Yika Morales, One
13   Police Plaza, New York, New York.
14       Q.    Hi, good morning.
15       A.    Good morning.
16       Q.    Tell me your name, please.
17       A.    Yika Morales.
18       Q.    And you're a detective, right?
19       A.    Yes.
20       Q.    And you understand that you took
21   an oath today?
22       A.    Yes.
23       Q.    And the oath means that you
24   swear to tell the truth?
25       A.    Yes.
```

```
                                                    Page 10
 1              DETECTIVE YIKA MORALES
 2              MS. RODRIGUEZ:  As to the word
 3      involvement, that's all.
 4      Q.      Do you know what the word
 5   involvement means?
 6      A.      Yes.
 7      Q.      Okay.  Did you attend a tact
 8   plan meeting that day?
 9      A.      Yes.
10      Q.      Regarding the search of 1346
11   Prospect Place?
12      A.      I'm sorry?
13      Q.      Regarding the search warrant to
14   be executed at 1346 Prospect Place?
15      A.      Yes.
16      Q.      The tact plan, did you discuss
17   your role?
18      A.      Yes.
19      Q.      What was your role going to be
20   that day?
21      A.      I was instructed to be front
22   security posted outside.
23      Q.      What does that mean?
24      A.      That means that officers stand
25   outside of the subject location in case of
```

```
                                                   Page 11

 1              DETECTIVE YIKA MORALES
 2   -- to watch windows, watch doorways of the
 3   location.
 4       Q.     You never went in the location?
 5       A.     No.
 6       Q.     You had no involvement in Kashif
 7   Alleyne or Damani McFarlane's arrest?
 8       A.     I'm, sorry I didn't --
 9       Q.     You had no involvement in Mr.
10   Alleyne's or Mr. McFarlane's arrest?
11       A.     No.  I have no idea who they
12   are.
13       Q.     Were you involved in anybody's
14   arrest?
15       A.     No.
16              MR. MARINELLI:  We're done.
17              (Time noted:  11:11 a.m.)
18       _____
19              YIKA MORALES
20   Subscribed and sworn to before me this
21
22   _____day of _____2016.
23
24   _____, Notary
25   Public.
```