# EXHIBIT L

Page 1

1

2   UNITED STATES DISTRICT COURT

3   EASTERN DISTRICT OF NEW YORK

4   ---------------------------------------X

5   KASHIF ALLEYNE AND DAMANI MCFARLANE,

6                      Plaintiffs,

                                    15CV1860

7        -against-              (WFK)(VMS)

8   P.O. WALIUR RAHMAN, SHIELD NO. 6428; DET.

    YIKA MORALES, SHIELD NO. 5430; DET. NATIA

9   KALANDADZE, SHIELD NO. 20858; DET. JAMES

    MCCULLOUGH, SHIELD NO. 31112; DET. LORNE

10  KANOVER, SHIELD NO. 1824,

11                     Defendants.

    ---------------------------------------X

12

13                 305 Broadway

                   New York, New York

14

                   June 21, 2016

15                 10:51 a.m.

16

17

18        EXAMINATION BEFORE TRIAL of DET.

19  NATIA KALANDAZE, in the above-entitled

20  action, held at the above time and place,

21  taken before Denise Rizek a Notary Public

22  of the State of New York, pursuant to the

23  Federal Rules of Civil Procedure, Notice

24  and stipulations between counsel.

25

Page 2

```
 1
 2   A P P E A R A N C E S:
 3
 4   ROBERT MARINELLI LAW
 5       Attorneys for Plaintiffs
 6       305 Broadway, 9th Floor
 7       New York, New York 10007
 8   BY: ROBERT MARINELLI, ESQ.
 9        DREI MUNAR, ESQ.
10
11   NEW YORK CITY LAW DEPARTMENT
12       Attorneys for Defendants
13       100 Church Street
14       New York, New York 10007
15   BY: WILDA RODRIGUEZ, ESQ.
16
17
18
19
20
21
22
23
24
25
```

Page 3

1

2            STIPULATIONS

3

4     IT IS HEREBY STIPULATED AND AGREED, by

5   and among counsel for the respective

6   parties hereto, that the filing, sealing

7   and certification of the within

8   deposition shall be and the same are

9   hereby waived;

10     IT IS FURTHER STIPULATED AND AGREED,

11   that all objections, except as to form of

12   the question, shall be reserved to the

13   time of trial;

14     IT IS FURTHER STIPULATED AND AGREED,

15   that the within deposition may be signed

16   before any Notary Public with the same

17   force and effect as if signed and sworn

18   to before the Court.

19

20

21

22            *       *       *

23

24

25

Page 4

1

2    D E T.    N A T I A    K A L A N D A D Z E,

3    having first been duly sworn by a Notary

4    Public of the State of New York, was

5    examined and testified as follows:

6    EXAMINATION BY

7    MR. MARINELLI:

8         Q.    Please state your name for the

9    record.

10        A.    Detective Natia Kalandadze.

11        Q.    What is your address?

12        A.    One Police Plaza, New York, New

13   York 10038.

14        Q.    Have you ever testified at a

15   deposition before?

16        A.    Yes, I have.

17        Q.    Do you know how many times you

18   testified at a deposition?

19        A.    I don't remember.

20        Q.    Can you estimate?

21        A.    A couple times probably.

22        Q.    Did you know what it means to

23   testify at a deposition?  Why you're

24   here?

25        A.    To tell what happened.

Page 10

1          DET. NATIA KALANDADZE

2      Q.    But did you use the rabbit tool

3  to help open the door?

4      A.    This specific location, no.

5      Q.    Did you use the rabbit to open

6  the door anywhere?

7      A.    No.

8      Q.    You were the rabbit assistant,

9  right?

10      A.    Yes, sir.

11      Q.    So what did you do that day?

12      A.    As I arrived at the location,

13  the assignment changed.

14      Q.    Okay.  So what was your

15  assignment?

16      A.    Front security.

17      Q.    Did you ever go in the

18  building?

19      A.    No.

20      Q.    Ever have any involvement with

21  the arrest of Kashif Alleyne or Damani

22  McFarlane?

23      A.    There was a female arrested and

24  a male who jumped.

25      Q.    Those are the only ones you

1           DET. NATIA KALANDADZE
2    saw?
3        A.     Yeah.
4        Q.     Can you step out for a second.
5        A.     Sure.
6               MR. MARINELLI:  This is the
7        person that was given that was
8        supposed to be involved with Damani
9        McFarlane arrest.
10              MS. RODRIGUEZ:  No.  This is
11       the person that you were given with
12       Morales as a guard and I think the
13       only involvement with the guard --
14              MR. MARINELLI:  We're done.
15       We're done.  You never said about
16       this.  You never included her.  You
17       never said that she didn't go in.
18              MS. RODRIGUEZ:  I did mention
19       that to you.  I asked you in your
20       email -- when I asked you the
21       guard --
22              MR. MARINELLI:  Off the record.
23              (Whereupon, the proceedings
24       were concluded 10:58 a.m.)
25