# EXHIBIT M

Page 1

1

2 UNITED STATES DISTRICT COURT

3 EASTERN DISTRICT OF NEW YORK

4 ---------------------------------------X

5 KASHIF ALLEYNE AND DAMANI MCFARLANE,

6                    Plaintiffs,

                              15CV1860

7        -against-          (WFK)(VMS)

8 P.O. WALIUR RAHMAN, SHIELD NO. 6428; DET.

   YIKA MORALES, SHIELD NO. 5430; DET. NATIA

9 KALANDADZE, SHIELD NO. 20858; DET. JAMES

   MCCULLOUGH, SHIELD NO. 31112; DET. LORNE

10 KANOVER, SHIELD NO. 1824,

11                    Defendants.

   ---------------------------------------X

12

13                305 Broadway

                  New York, New York

14

                  June 21, 2016

15                11:04 a.m.

16

17

18        EXAMINATION BEFORE TRIAL of DET.

19 LORNE KANOVER, in the above-entitled

20 action, held at the above time and place,

21 taken before Denise Rizek a Notary Public

22 of the State of New York, pursuant to the

23 Federal Rules of Civil Procedure, Notice

24 and stipulations between counsel.

25

Page 2

1

2   A P P E A R A N C E S:

3

4   ROBERT MARINELLI LAW

5        Attorneys for Plaintiffs

6        305 Broadway, 9th Floor

7        New York, New York 10007

8   BY: ROBERT MARINELLI, ESQ.

9         DREI MUNAR, ESQ.

10

11  NEW YORK CITY LAW DEPARTMENT

12       Attorneys for Defendants

13       100 Church Street

14       New York, New York 10007

15  BY: WILDA RODRIGUEZ, ESQ.

16

17

18

19

20

21

22

23

24

25

Page 3

1

2          STIPULATIONS

3

4     IT IS HEREBY STIPULATED AND AGREED, by

5  and among counsel for the respective

6  parties hereto, that the filing, sealing

7  and certification of the within

8  deposition shall be and the same are

9  hereby waived;

10     IT IS FURTHER STIPULATED AND AGREED,

11  that all objections, except as to form of

12  the question, shall be reserved to the

13  time of trial;

14     IT IS FURTHER STIPULATED AND AGREED,

15  that the within deposition may be signed

16  before any Notary Public with the same

17  force and effect as if signed and sworn

18  to before the Court.

19

20

21

22          *      *       *

23

24

25

Page 4

1
2    D E T.    L O R N E    K A N O V E R,
3    having first been duly sworn by a Notary
4    Public of the State of New York, was
5    examined and testified as follows:
6    EXAMINATION BY
7    MR. MARINELLI:
8         Q.    Can you state your name.
9         A.    Detective Lorne Kanover.
10        Q.    What is your address?
11        A.    One Police Plaza, New York, New
12    York 10038.
13        Q.    And have you been deposed
14    before?
15        A.    No.
16        Q.    It's the first time you've ever
17    given a deposition?
18        A.    Yes.
19        Q.    And how long have you've been a
20    detective?
21        A.    Approximately, six years.
22        Q.    And where are you assigned now?
23        A.    Brooklyn North Narcotics.
24        Q.    And how long have you been
25    there?

1          DET. LORNE KANOVER

2     A.     I remember a tact meeting.

3     Q.     And between the tact meeting

4  and entering the location, what do you

5  remember?

6     A.     Getting in a car and driving

7  over there.

8     Q.     What do you remember after

9  that?

10    A.     What is "that?"

11    Q.     After getting in a car and

12  getting over there.  We're having a

13  conversation.  So if I ask you a certain

14  question, you answer it, and I say after

15  that, I mean based on your prior answer.

16    A.     Well, I have to know what you

17  mean by "that."

18    Q.     Well, it's what you said.  You

19  said, got in a car and drove over there.

20  After getting in a car and driving over

21  there, what do you remember?

22    A.     Eventually entering the

23  location.

24    Q.     When you say "eventually,"

25  between getting in the car and driving

```
                                              Page 27

 1            DET. LORNE KANOVER
 2      Q.    Okay.  One went into a room and
 3  shut the door?
 4      A.    Well, I believe, both went into
 5  the room and shut the door.
 6      Q.    Both went into the same room?
 7      A.    Yes.
 8      Q.    And tell me what you did next?
 9      A.    Myself with Detective
10  McCullough with the shield in front of me
11  made entry into a different room.
12      Q.    Did you make entry into the
13  room where the two individuals were?
14      A.    No.
15      Q.    What room did you go into?
16      A.    The room next-door to it.
17      Q.    Okay.  What did you find in
18  there?
19      A.    One male, black.
20      Q.    So far we found three male
21  blacks on the second floor; is that
22  correct?
23      A.    Visually I saw two.  I found
24  one.
25      Q.    In total did you see two or
```

```
 1            DET. LORNE KANOVER
 2    three on the second floor?
 3        A.    Three.
 4        Q.    Okay.  And two ran into a room,
 5    they closed the door; is that correct?
 6        A.    Yes.
 7        Q.    And one was in a different room
 8    and that's the room you went into; is
 9    that correct?
10        A.    Just in the room.  He didn't
11    run into the room.
12        Q.    But not the living room?
13        A.    No.
14        Q.    When you went into the second
15    room were you alone or with somebody
16    else?
17        A.    Detective McCullough was in
18    front of me.
19        Q.    Did you have your guns out?
20              MS. RODRIGUEZ:  Objection.
21        A.    I did not.
22        Q.    Did you see anyone else with
23    their gun out?
24        A.    Yes.
25        Q.    Was Detective McCullough's gun
```

1              DET. LORNE KANOVER

2    out?

3         A.    Yes.

4         Q.    What did you see next?

5         A.    The individual on the floor.

6         Q.    Okay.  Did anybody tell him to

7    get on the floor?

8         A.    I don't remember at this time.

9         Q.    Do you remember hearing or

10   anybody saying anything?

11        A.    I don't remember at this time.

12        Q.    And the individual that got on

13   the floor, do you recall his name?

14        A.    No.

15        Q.    Okay.  And after seeing this

16   individual on the floor and you're in the

17   room with Detective McCullough, can you

18   tell me what happens next?

19        A.    I place him in handcuffs.

20        Q.    Why did you place him in

21   handcuffs?

22        A.    For safety.

23        Q.    Did you place the handcuffs on

24   him?

25        A.    Yes.

```
                                        Page 30
 1            DET. LORNE KANOVER
 2       Q.    And what was Detective
 3  McCullough doing while you placed him in
 4  handcuffs?
 5       A.    Holding the shield.
 6       Q.    Okay.  And after placing him in
 7  handcuffs, what did you do?
 8       A.    Just stayed there.
 9       Q.    Did you search him?
10       A.    I patted him down for weapons.
11       Q.    Did you find anything?
12       A.    No.
13       Q.    Did you find any contraband?
14       A.    I didn't search for contraband.
15       Q.    You didn't search for
16  contraband?
17       A.    No.  I just told you I patted
18  down for weapons.
19       Q.    Did you feel anything else in
20  his pockets?
21       A.    I don't recall.
22       Q.    Did you feel anything else
23  anywhere else on his body?
24       A.    Nothing resembling a weapon.
25       Q.    Did he have keys in his pocket?
```

```
                                          Page 31
 1            DET. LORNE KANOVER
 2      A.     I don't recall.
 3      Q.     Did he have a wallet in his
 4   pocket?
 5      A.     I don't recall.
 6      Q.     Can you describe for me what he
 7   was wearing?
 8      A.     I don't recall.
 9      Q.     Can you describe for me how
10   tall he was?
11      A.     I don't recall.
12      Q.     Can you describe for me his
13   body type?
14      A.     Skinny.
15      Q.     Can you describe for me what
16   his hair was like?
17      A.     I don't recall.
18      Q.     Can you describe for me how
19   tall he was?
20      A.     I don't recall.
21      Q.     Is there anything you recall
22   about him about, besides from him being a
23   skinny male, black?
24      A.     No.
25      Q.     And after patting him down for
```

```
                                          Page 32

 1              DET. LORNE KANOVER
 2    a weapon, what did you do?
 3         A.    Stayed in the room.
 4         Q.    Okay.  And who was in the room
 5    with you?
 6         A.    The individual that was in
 7    handcuffs and Detective McCullough.
 8         Q.    And after you're in the room,
 9    what's the next thing that happens?
10         A.    At a short time later another
11    individual in handcuffs was brought into
12    the room.
13         Q.    Did you ever learn the name of
14    the person that you first saw who was
15    handcuffed on the floor?
16         A.    Eventually.
17         Q.    And what's that person's name?
18         A.    I do not recall at this time.
19         Q.    And the second individual who
20    came into the room, can you describe them
21    for me?
22         A.    Male, black.
23         Q.    Can tell me if he was tall or
24    short?
25         A.    I do not recall.
```

```
                                          Page 33

 1              DET. LORNE KANOVER

 2        Q.     Do you recall what he was

 3   wearing?

 4        A.     I do not recall.

 5        Q.     Do you recall if he was fat or

 6   skinny?

 7        A.     I do not recall.

 8        Q.     Do you recall what clothes he

 9   was wearing?

10        A.     I don't not recall.

11        Q.     Okay.  And so the second male

12   black was brought into the room.  Do you

13   recall who brought him into the room?

14        A.     I do not.

15        Q.     Do you know if there were one

16   officer or two officers who brought him

17   into the room?

18        A.     I do not know.

19        Q.     After the second male black was

20   brought into the room, what's the next

21   thing you saw happen?

22        A.     A short time later --

23        Q.     How long?

24        A.     Minutes.

25        Q.     Okay.
```

```
1              DET. LORNE KANOVER
2    location.
3         Q.    Between the time that you four
4    were in the room alone and exiting the
5    location, did anything happen?
6         A.    What do you mean by "anything?"
7         Q.    Well, I'm asking you, you turn
8    around and you were in a silent room with
9    Detective McCullough and two other
10   individuals; is that correct?
11        A.    Yes.
12        Q.    What's the next thing you
13   remember happening in the room?
14        A.    At some point they would be
15   removed from the room, the two handcuffed
16   individuals.
17        Q.    Okay.  Did other officers come
18   in to remove them?
19        A.    That I don't recall.
20        Q.    Do you recall how they left the
21   room at all?
22        A.    No.
23        Q.    Do you recall anybody taking
24   any pedigree information?
25        A.    I didn't take any pedigree
```

Case 1:15-cv-01860-WFK-VMS   Document 43-13   Filed 07/27/16   Page 15 of 29 PageID #: 335

1              DET. LORNE KANOVER

2    did you search that room?

3         A.    No, I did not.

4         Q.    Can you describe that room for

5    me?

6         A.    What do you mean by "describe?"

7         Q.    Well, do you know what the word

8    "describe" means?

9         A.    Yes.

10        Q.    So describe it.

11        A.    Okay, it's like a square shape.

12        Q.    Was anything in the room?  Was

13   there furniture?

14        A.    There was a TV.

15        Q.    Why don't you describe it in as

16   much detail as you can?

17        A.    I just did.

18        Q.    So all you remember, it was a

19   square room with a TV?

20        A.    And a window.

21        Q.    And a window.  And you don't

22   remember if there was any furniture?

23        A.    I do not recall.

24        Q.    You don't recall what color the

25   walls were painted?

1          DET. LORNE KANOVER
2      A.    I do not recall.
3      Q.    Do you recall how big the room
4  was?
5      A.    No.
6      Q.    You don't recall -- was the TV
7  on or off?
8      A.    I believe it was on.
9      Q.    Do you recall what it was
10 playing?
11     A.    I do not recall.
12     Q.    Do you recall how many doors
13 were in the room?
14     A.    There was one door that I did
15 enter.  There may have been other doors
16 as in a closet door.
17     Q.    Did you ever look in that
18 closet?
19     A.    I do not recall if there is a
20 closet.  I'm just stating that there was
21 a door that I entered.
22     Q.    Did you ever search that room
23 at all?
24     A.    No.
25     Q.    Did you see anybody else search

Page 42

1              DET. LORNE KANOVER
2    that room?
3        A.    No.
4        Q.    Did you ever see anybody with
5    marijuana with that room?
6        A.    I did not see marijuana in
7    there, but I smelled marijuana in there.
8        Q.    When did you first smell
9    marijuana?
10        A.    When we made entry into the
11    room.
12        Q.    Okay.  And at that point who
13    was in the room when you made entry into
14    the room?
15        A.    Just the one individual we had
16    placed in handcuffs.
17        Q.    Did you see any marijuana
18    burning when you went into the room?
19        A.    I did not.
20        Q.    Do you know if any marijuana
21    was ever recovered from that room?
22        A.    I didn't search the room.
23              MS. RODRIGUEZ:  Objection.
24        Q.    Do you know if any marijuana
25    was ever recovered from that the room?

1              DET. LORNE KANOVER

2       A.      I do not know.

3       Q.      When you entered and smelled

4    the marijuana, did you say anything to

5    the gentleman about the possibility of

6    marijuana in the room?

7               MS. RODRIGUEZ:   Objection to

8         form.

9       A.      No.

10      Q.      Did you hear anyone else ask

11   the individual about the possibility of

12   there being any marijuana in the room?

13      A.      No.

14      Q.      At any point did you see

15   anybody search that room?

16      A.      No.

17      Q.      At any point did you ever see

18   any marijuana in that room?

19      A.      Myself, no.

20      Q.      At any point did you hear that

21   they discovered marijuana in that room?

22      A.      Marijuana was vouchered from

23   the location.

24      Q.      That's not my question.

25               At any point did you hear

```
                                              Page 44
 1            DET. LORNE KANOVER
 2   anyone else say that they found marijuana
 3   in that room?
 4       A.    No.
 5       Q.    At any point did you see
 6   anybody search in that room?
 7            MS. RODRIGUEZ:  Objection.
 8       Asked and answered.
 9       Q.    You can answer.
10       A.    No.
11       Q.    Now, at some point these two
12   black males exited the room; is that
13   correct?
14       A.    Yes.
15       Q.    Did they exit the room before
16   you or after you?
17       A.    I don't recall.
18       Q.    Do you recall -- besides you
19   and Detective McCullough, other police
20   officers enter the room at some point; is
21   that correct?
22            MS. RODRIGUEZ:  Objection.
23       A.    They may have.
24       Q.    Do you recall whether other
25   officers ever came in?
```

Page 45

1          DET. LORNE KANOVER
2     A.    I do not recall.
3     Q.    And you don't recall -- did you
4  leave -- did you and Detective McCullough
5  ever leave these two individuals in the
6  room alone?
7     A.    No.
8     Q.    Okay.  And at some point these
9  two individuals were taken from the room;
10 is that correct?
11    A.    Yes.
12    Q.    And did you see them being
13 taken from the room?
14    A.    I don't recall.
15    Q.    Did you take these two
16 individuals from the room?
17    A.    I don't recall.
18    Q.    Before coming here today, did
19 you discuss this lawsuit with anybody
20 else with the NYPD?
21    A.    No.
22    Q.    Did you ever discuss it with
23 anybody else who's being sued in this
24 case?
25    A.    No.

1          DET. LORNE KANOVER

2     A.     Yes.

3     Q.     Before leaving the room was

4  anyone else in the room?

5     A.     I don't recall.

6     Q.     Okay.  Were you able to look

7  around that day?

8            MS. RODRIGUEZ:  Objection to

9      form.

10    A.     I don't know what that means.

11    Q.     Were you able to look around

12  the room before you left?

13    A.     What do you mean by "able?"

14    Q.     Were you capable of doing that?

15    A.     With my eyes?

16    Q.     Yeah, with your eyes.

17    A.     Were my eyes working?

18    Q.     Yeah, were your eyes working?

19    A.     Yes.

20    Q.     Did you do that?

21    A.     Yes.

22    Q.     You looked around the room?

23    A.     Yes.

24    Q.     Do you recall seeing any other

25  people in there?

```
                                          Page 52
 1              DET. LORNE KANOVER
 2       Q.     Who was outside?
 3       A.     There were civilians and there
 4  were police officers.
 5       Q.     Do you recall the names of the
 6  police officers that were there?
 7       A.     Not at this time.
 8       Q.     Can you recall any police
 9  officer that was there?
10       A.     Not at this time.
11       Q.     Okay.  And when you walked out
12  of 1346 Prospect Place, did you have
13  anything with you that you didn't have
14  when you walked into 1346 Prospect Place?
15       A.     A pair of handcuffs I placed on
16  an individual that was under arrest.
17       Q.     Did you have anything that you
18  didn't go in there with?
19       A.     Did I have anything that I
20  didn't go in with?  No.
21       Q.     And you left your handcuffs on
22  the individual upstairs?
23       A.     He was placed in my handcuffs,
24  yes.
25       Q.     But do you know if that -- so
```

```
                                                      Page 58
  1             DET. LORNE KANOVER
  2        A.     9:30 p.m.
  3        Q.     So were you at the location for
  4   three hours?
  5        A.     Yes.
  6        Q.     Out of those three hours, do
  7   you know how long you were inside 1346
  8   Prospect Place?
  9        A.     No.
 10        Q.     Can you estimate?
 11        A.     No.
 12        Q.     Do you know how long you were
 13   at outside 1346 Prospect Place?
 14        A.     No.
 15        Q.     Can you estimate?
 16        A.     No.
 17        Q.     Read the next line for me.
 18        A.     2140 A A, which means at above.
 19        Q.     When you say "2140 at above,"
 20   that means you were where?
 21        A.     Well, the previous line 2130
 22   says in route to, ERT, 77 Precinct.
 23        Q.     Okay.
 24        A.     And then 2140 says at above
 25   which is the location I was going to, 77
```

```
                                        Page 63

 1              DET. LORNE KANOVER

 2   individual came in with handcuffs into

 3   the room where you were; is that correct?

 4        A.    Yes.

 5        Q.    You had already searched the

 6   person you had put handcuffs on for

 7   weapons, you said.

 8        A.    Patted him down for weapons.

 9        Q.    Patted him down for weapons.

10              And tell me, again, how you

11   patted him down?

12        A.    Outside of his clothes.

13        Q.    Describe if for me what you

14   did?

15        A.    I put my hands on the outside

16   of his clothes --

17        Q.    Did you start at his head?

18        A.    No.

19        Q.    Tell me where you started.

20        A.    Waistband.

21        Q.    And how did you search his

22   waistband?

23        A.    With my hands.

24        Q.    Okay.  Did you put your fingers

25   and hands in the waistband and go around
```

```
 1            DET. LORNE KANOVER
 2    his waistband?
 3         A.    No.  I used my hands to pat the
 4    outside.  Visually with my eyes I looked,
 5    determined there was no knives, guns,
 6    bombs, grenades, rocket launchers, I
 7    deemed him no weapons.
 8         Q.    What's the next then you did?
 9         A.    Stayed in the room.
10         Q.    Did you search any other parts
11    of his body?
12         A.    No.
13         Q.    You didn't search his pockets?
14         A.    No.
15         Q.    You didn't search -- was he
16    wearing a jacket or not wearing a jacket?
17         A.    I don't recall.
18         Q.    You didn't pat down his legs?
19         A.    No.
20         Q.    You didn't pat down the top
21    part of his body?
22         A.    No.
23         Q.    When you went into his
24    waistband, was he face down or face up
25    when you did this?
```

Page 65

1              DET. LORNE KANOVER

2        A.      I don't recall.

3        Q.      Now, when you said you

4   determined there was no weapons in his

5   waistband, how did you do that?  Again,

6   you patted him down, did you pat down his

7   back, his front?

8        A.      Along the waistband.

9        Q.      Okay.  The back of his

10  waistband, the front of his waistband?

11       A.      The entire waistband.

12       Q.      Was he on the floor or

13  standing, do you know?

14       A.      I don't recall.

15       Q.      And you never searched him for

16  any drugs --

17       A.      No.

18       Q.      -- or contraband?

19               You never looked in the room

20  for any drugs or contraband?

21       A.      No.

22       Q.      And you never saw anyone do

23  that?

24       A.      No, I did not.

25       Q.      And you don't recall what

Case 1:15-cv-01860-WFK-VMS   Document 43-13   Filed 07/27/16   Page 27 of 29 PageID #: 347

1              DET. LORNE KANOVER

2       A.     Yes.

3       Q.     But there's no police document

4   which would indicate whether Officer

5   Rahman gave it to you or Officer Rahman

6   gave it to a different officer?

7       A.     I wouldn't have the document if

8   there is.

9       Q.     Have you ever seen a document

10  like that?

11      A.     No.

12      Q.     What about if it was a gun,

13  would there be a chain of custody kept

14  for a weapon that was found?

15            MS. RODRIGUEZ:  Objection.

16      A.     No.

17      Q.     You never seen a chain of

18  custody form for any evidence?

19            MS. RODRIGUEZ:  Objection.

20      A.     No.

21      Q.     You never seen a form that

22  keeps track of the route of the evidence

23  from finding the evidence to the

24  vouchering of the evidence and who

25  possessed it at every point at that

Page 103

1          DET. LORNE KANOVER

2      Q.    At some point you exited the

3  room, correct?

4      A.    Yes.

5      Q.    Can you tell me how long

6  between the time you entered that room

7  and exited that room how long you were in

8  the room?

9      A.    I don't recall.

10     Q.    Can you estimate?

11     A.    No.

12     Q.    Do you know if it was more than

13  two minutes?

14     A.    I can't recall.

15     Q.    Do you know if it was more than

16  five minutes?

17     A.    I can't recall.

18     Q.    And when you exited the room,

19  no contraband had been found?

20          MS. RODRIGUEZ:  Objection.

21     A.    I didn't recover any

22  contraband.

23     Q.    Did you see any contraband

24  found?

25     A.    I didn't recover anything.

Page 104

1           DET. LORNE KANOVER

2      Q.    Did you see any contraband

3  found?

4      A.    I did not, no.

5      Q.    You didn't see any contraband

6  found?

7      A.    No.

8      Q.    And after you exited the room,

9  what did you do next?

10           MS. RODRIGUEZ:  Objection.

11      Asked AND answered.

12      A.    Can you ask the question again.

13      Q.    After you exited the room what

14  did you do next?

15      A.    I exited the location.

16      Q.    And how did you do that?

17      A.    My legs.

18      Q.    Okay.  Where did you go with

19  your legs?

20      A.    Down the stairs.

21      Q.    Okay.  And can you estimate how

22  long it took you from exiting the room to

23  going down the stairs?

24      A.    No.

25      Q.    And after you went down the