# EXHIBIT N

Page 1

1

2  UNITED STATES DISTRICT COURT

3  EASTERN DISTRICT OF NEW YORK

4  - - - - - - - - - - - - - - - - - - - -x

5  KASHIF ALLEYNE AND DAMANI MCFARLANE,

6                        Plaintiffs,

7          -against- Index No.

                       15CV1860 (WFK)(VMS)

8

   P.O. WALIUR RAHMAN, SHIELD NO. 6428; DET.

9  YIKA MORALES, SHIELD NO. 5430; DET. NATIA

   KALANDADZE, SHIELD NO. 20858; DET. JAMES

10 MCCULLOUGH, SHIELD NO. 31112; DET. LORNE

   KANOVER, SHIELD NO. 1824,

11

                       Defendants.

12

   - - - - - - - - - - - - - - - - - - - -x

13

                       305 Broadway

14                     New York, New York

15                     June 24, 2016

                       10:48 a.m.

16

17    DEPOSITION of JAMES McCULLOUGH,

18 one of the Defendants in the

19 above-entitled action, held at the above

20 time and place, taken before Margaret

21 Scully-Ayers, a Shorthand Reporter and

22 Notary Public of the State of New York,

23 pursuant to the Federal Rules of Civil

24 Procedure.

25                *      *      *

Page 2

APPEARANCES:

ROBERT MARINELLI, ESQ.
Attorney for Plaintiffs
    305 Broadway
    Ninth Floor
    New York, New York 10007

ZACHARY W. CARTER, ESQ.
Corporation Counsel for
The City of New York
Attorneys for Defendants
    100 Church Street
    New York, New York  10007
BY:  WILDA J. RODRIGUEZ, ESQ.

ALSO PRESENT:  CHRISTOPHER WRIGHT, ESQ.

                *     *     *

Page 3

1

2               STIPULATIONS

3      IT IS HEREBY STIPULATED AND AGREED, by

4   and among counsel for the respective

5   parties hereto, that the filing, sealing

6   and certification of the within

7   deposition shall be and the same are

8   hereby waived;

9      IT IS FURTHER STIPULATED AND AGREED

10   that all objections, except as to form of

11   the question, shall be reserved to the

12   time of the trial;

13      IT IS FURTHER STIPULATED AND AGREED

14   that the within deposition may be signed

15   before any Notary Public with the same

16   force and effect as if signed and sworn

17   to before the Court.

18                  *      *      *

19

20

21

22

23

24

25

Page 4

```
 1
 2    J A M E S   M c C U L L O U G H, the
 3    Witness herein, having first been duly
 4    sworn by the Notary Public, was examined
 5    and testified as follows:
 6    BY THE REPORTER:
 7        Q.    What is your name?
 8        A.    James McCullough.
 9        Q.    Where do you reside?
10        A.    One Police Plaza, New York, New
11    York 10038.
12    EXAMINATION BY MR. MARINELLI:
13        Q.    Officer, your name is James
14    McCullough?
15        A.    Yes.
16        Q.    And you work for the NYPD?
17        A.    Yes, I do.
18        Q.    How long have you worked for
19    the NYPD?
20        A.    Approximately ten and a half
21    years.
22        Q.    Where are you assigned now?
23        A.    Brooklyn North Narcotics.
24        Q.    October 30, 2014, the day of
25    the incident, do you know where you were
```

```
                                    Page 17
 1              J. McCULLOUGH
 2   windows were to the left.  Close to one
 3   of the windows was a television.  On the
 4   right-hand side was a bed.
 5       Q.    Did you see any people in this
 6   room?
 7       A.    Yes, I did.
 8       Q.    Did you see any police
 9   personnel?
10       A.    No.  Other than myself and
11   Detective Kanover, no.
12       Q.    And who did you see in the
13   room?
14       A.    I saw one male black.
15       Q.    Had he been secured?
16       A.    Upon me entering the room, no.
17       Q.    Can you describe his position
18   for me?
19       A.    I don't remember.
20       Q.    Would that be unusual for an
21   individual to not be secured before you
22   got there?
23            MS. RODRIGUEZ:  Objection to
24       form.
25       A.    Would that be?
```

1                    J. McCULLOUGH

2        Q.      Doesn't bunker security or

3    anyone in that first wave of people,

4    don't they usually secure everybody?

5        A.      Usually, but they aren't able

6    to secure everybody.

7        Q.      Is doesn't always happen?

8        A.      Right.

9        Q.      When you walked in, you saw the

10   male black.  Can you described for me

11   what he was wearing?

12       A.      I don't remember.

13       Q.      Can you describe for me how

14   tall he was?

15       A.      I don't remember.

16       Q.      Can you describe, was he

17   light-skinned or dark-skinned?

18       A.      I don't remember.

19       Q.      He was a male black?

20       A.      That's all I remember.

21       Q.      Can you describe to me thin or

22   heavy?

23       A.      I don't remember.

24       Q.      Can you describe to me his

25   hairstyle?

```
                                    Page 19

 1                J. McCULLOUGH

 2        A.     I don't recall.

 3        Q.     You remember nothing besides

 4   his race and his gender, that's it?

 5        A.     That's it.

 6        Q.     Can you tell me what he was

 7   doing when you walked into the room?

 8        A.     I don't remember what he was

 9   doing.

10        Q.     Do you remember saying anything

11   to him or him saying to you?

12        A.     Yes, I remember him asking what

13   we were doing at the location.  I told

14   him we were executing a search warrant.

15               I believe he said something

16   about not knowing what was going on, he

17   was a tattoo artist, and that was pretty

18   much it.

19        Q.     Do you remember if Officer

20   Kanover said anything to him?

21        A.     I don't remember.

22        Q.     And after you first saw him,

23   did you ever learn this person's name?

24        A.     I might have had at the time.

25   I can't recall exactly.
```

```
                                        Page 20
 1                J. McCULLOUGH
 2        Q.     Is it in your memo book?
 3        A.     No, it's not.
 4        Q.     That conversation you had, is
 5   that the first thing that happened when
 6   you walked into the room?
 7        A.     No.
 8        Q.     What is the first thing that
 9   happened?
10        A.     He was placed in handcuffs.
11        Q.     Do you know if you placed him
12   in handcuffs or did Officer Kanover?
13        A.     I believe Detective Kanover.
14               MR. MARINELLI:  Off the record.
15               [Discussion held off the
16        record.]
17        Q.     Did you see him place this
18   individual in handcuffs?
19        A.     I don't recall exactly.
20        Q.     Do you recall if Officer
21   Kanover asked this individual's name?
22        A.     I don't remember.
23        Q.     Do you recall if the individual
24   was rear-cuffed, front-cuffed,
25   back-cuffed?
```

Page 21

1              J. McCULLOUGH

2      A.     Rear-cuffed.

3      Q.     Do you recall if anyone asked

4  this individual to put his hands behind

5  his back or gave any direction to him how

6  he should behave after he was handcuffed?

7      A.     I don't recall exactly.

8      Q.     The next thing you remember, he

9  was in handcuffs?

10     A.     Correct.

11     Q.     And that conversation

12  concerning asking why he was here and him

13  telling you he was a tattoo artist

14  happened after he was in handcuffs?

15     A.     To the best of my recollection,

16  yes.

17     Q.     Can you tell me what you

18  remember next?

19     A.     I remember a loud sound behind

20  me.

21     Q.     What do you remember next about

22  the individual in front of you in

23  handcuffs?

24     A.     I'm sorry.  Can I backtrack a

25  little?

```
                                              Page 22
 1                  J. McCULLOUGH
 2             [Whereupon, the Witness is
 3        conferring with his attorney.]
 4             MR. MARINELLI:  You can't
 5        consult in the middle of a question.
 6        You can ask to talk at any time but
 7        not in the middle of a question.  Your
 8        lawyer should know this.
 9             While the question is posed, you
10        have to answer the question.
11             Read back the question.
12             [The requested portion of the
13        record was read.]
14        A.    Don't really remember anything
15   about that individual.  I remember
16   another individual that was in handcuffs
17   being brought into the room that I was
18   in.
19        Q.    Can you describe that
20   individual for me besides gender and
21   race?
22        A.    I can't even describe that for
23   you.
24             MS. RODRIGUEZ:  A quick break.
25             [Whereupon, at 11:09 a.m.  a
```

```
                                              Page 23

 1                    J. McCULLOUGH

 2        recess was taken.]

 3                [Whereupon, at 11:11 a.m., the

 4        testimony continued.]

 5        Q.    And this individual that came

 6   in, did he come in, if you know, before

 7   the conversation that Detective Kanover

 8   had with this individual in front of you?

 9                MS. RODRIGUEZ:  Objection to

10        form.

11        A.    What conversation are you

12   talking between Detective Kanover?

13        Q.    And the individual, what are

14   you doing here, I'm a tattoo artist.

15        A.    That conversation was between,

16   from what I remember, myself and the

17   person.

18        Q.    I misunderstood.

19                Do you know if that second

20   person came into the room before or after

21   that conversation?

22        A.    I believe it was after.

23        Q.    Did you have any conversations

24   with the second person in the room, the

25   second nonpolice personnel?
```

1            J. McCULLOUGH

2      A.      No.

3      Q.      Do you know who brought this

4  individual into the room?

5      A.      No.

6      Q.      Do you remember this person's

7  name?

8      A.      No.

9      Q.      Do you know if you ever knew

10  this person's name?

11      A.      No.

12      Q.      Did you have any involvement

13  with this person already in handcuffs?

14      A.      None.

15      Q.      Did you see this person

16  eventually get handcuffed?

17      A.      When the person entered the

18  room, they were already in handcuffs.

19      Q.      Did you see this person in

20  handcuffs?

21      A.      Yes.

22      Q.      Was he front-cuffed or

23  rear-cuffed?

24      A.      Rear-cuffed.

25      Q.      Did he come in on his own or

Page 25

1              J. McCULLOUGH

2    with police personnel?

3        A.    Police personnel.

4        Q.    Do you recall who that police

5    personnel was?

6        A.    No.

7        Q.    Can you tell me happened next?

8        A.    That was when I heard the loud

9    noise behind me.

10       Q.    Was that in the room where you

11   were?

12       A.    Yes.

13       Q.    The noise came from the room

14   where you were or another room?

15       A.    It came from the room I was in,

16   behind me.

17       Q.    Did you turn around to see what

18   caused that noise?

19       A.    Yes.

20       Q.    Can you tell me what that was?

21       A.    An individual that was somehow

22   outside and was trying to enter the room

23   through a window.

24       Q.    Can you describe that

25   individual?

1              J. McCULLOUGH

2      Q.     Did you say anything at that

3  point?

4      A.     I don't remember.

5      Q.     What is the next thing you

6  remember doing after that?

7      A.     The next thing I remember is

8  going outside.

9      Q.     This room that you went into

10  where there was the first black male and

11  then a second male of uncertain race came

12  in, did you ever search that room?

13     A.     No.

14     Q.     Did you ever see any contraband

15  in that room?

16     A.     No.

17     Q.     Did you see Detective Kanover

18  search that room?

19     A.     No.

20     Q.     Are you aware, did Detective

21  Kanover ever find any contraband in that

22  room?

23     A.     I have no idea who searched

24  that room.

25     Q.     Did you see the room searched

```
                                        Page 29

 1                  J. McCULLOUGH
 2   while you were in the room?
 3       A.    No.
 4       Q.    When you left that room, were
 5   the two nonpolice personnel individuals
 6   still in that room?
 7       A.    I don't recall exactly.
 8       Q.    Tell me what you remember, when
 9   was the last time that you recall seeing
10   these two individuals?
11       A.    When they were inside the room
12   before leaving the room.
13       Q.    They were inside the room
14   before leaving the room?
15       A.    Before I left the room?
16       Q.    Yes.
17       A.    Yes.
18       Q.    They were still inside the
19   room?
20       A.    Yes, I don't remember who left
21   first.
22       Q.    They may have been in the room
23   or they may not have been.
24             Do you know if you left first
25   or those individuals left first?
```

```
                                            Page 30
 1                  J. McCULLOUGH
 2      A.     I'm not sure who left first.
 3             MR. MARINELLI:  Off the record.
 4             [Discussion held off the
 5      record.]
 6      Q.     Can you approximate for me how
 7  long you were in that room?
 8      A.     Approximately two minutes.
 9      Q.     Do you recall physically
10  leaving that room?
11      A.     No.
12      Q.     Do you recall going back down
13  the steps that you originally came up?
14      A.     I don't recall exactly.
15      Q.     Do you recall going down those
16  steps?
17      A.     No.
18      Q.     Do you recall seeing any police
19  personnel on the floor where you were in
20  that room between the victims?
21      A.     Repeat the question.
22      Q.     Let me make it clear.
23             You were one of the people that
24  went up to the second floor, the
25  apartment; is that right?
```

```
                                          Page 31
 1              J. McCULLOUGH
 2      A.     Yes.
 3      Q.     Do you recall seeing any other
 4  police officer personnel besides
 5  Detective Kanover on the second floor in
 6  that apartment building?
 7      A.     Yes.
 8      Q.     Who else?
 9      A.     I don't remember who it was.
10      Q.     Can you describe them to me?
11      A.     No.
12      Q.     Race?
13      A.     Can't remember.
14      Q.     Gender?
15      A.     No.
16      Q.     Do you know if there was one
17  person that you saw or more than one
18  person?
19      A.     Can't remember.
20      Q.     Did you see them as you were
21  leaving the room?
22      A.     I can't remember.
23      Q.     Did you see them before you
24  entered the room?
25      A.     I don't remember exactly.
```

Page 34

1                    J. McCULLOUGH

2        A.    No.

3        Q.    Let me just ask you a few

4    questions about some names.

5              At any time that day, did you

6    see on the scene on the day of the

7    incident at 1346 Prospect Place either

8    inside or outside, Detective Kenny?

9        A.    No.

10       Q.    Lieutenant Gately, G-A-T-E-L-Y?

11       A.    No.

12       Q.    All of these questions are on

13   the day of the incident at the scene.

14       A.    Okay.

15       Q.    Did you see Sergeant Bright?

16       A.    No.

17       Q.    Detective Michellie [phonetic]?

18       A.    No.

19       Q.    Detective Santana?

20       A.    No.

21       Q.    Detective Martin?

22       A.    No.

23       Q.    Detective Khan?

24       A.    Yes.

25       Q.    Detective Paul Sano?

Page 35

```
 1              J. McCULLOUGH
 2     A.    No.
 3     Q.    Miller?
 4     A.    No.
 5     Q.    Detective LaFortune [phonetic]?
 6     A.    No.
 7     Q.    Detective Kalandadze?
 8     A.    Yes.
 9     Q.    You saw her inside the 1346
10  Prospect Place?
11     A.    No.
12     Q.    You saw her outside of 1346
13  Prospect Place?
14     A.    Yes.
15     Q.    Detective O'Brian?
16     A.    No.
17     Q.    Detective Rahman?
18     A.    No.
19     Q.    Detective Parenti [phonetic]?
20     A.    No.
21     Q.    Detective James Rivera?
22     A.    No.
23     Q.    Would it be fair to say besides
24  Detective Kanover, you don't recall
25  seeing anyone else on the scene?
```

1                J. McCULLOUGH

2      A.     Detective Kalandadze.

3      Q.     You don't recall Detective

4  Kalandadze inside the apartment --

5      A.     That's correct.

6      Q.     -- at 1346 Prospect Place?

7      A.     Not that I remember.

8      Q.     During the period of time that

9  you were inside 1346 Prospect Place, did

10 you ever see any contraband anywhere?

11     A.     No.

12     Q.     Have you ever seen anything

13 there that seemed suspicious to you?

14            MS. RODRIGUEZ:  Objection to

15     form.

16     A.     Suspicious contraband?

17     Q.     Anything suspicious.

18     A.     No.

19     Q.     Prior to October 30, 2014, were

20 you involved in any part of an

21 investigation into 1333 Prospect Place or

22 1346 Prospect Place?

23     A.     No.

24     Q.     After going outside after

25 having been inside 1346 Prospect Place,