**Record of Conference and Orders: Vera M. Scanlon, USMJ**     Date: 7/29/2016

Case: Alleyne et al v. The City of New York et al

Civ. A. 15 CV 1860 (WFK) (VMS)
**ECF Recording in 504N:**     ☐ Telephone Conference     ☑ In-person Conference

2:05 — 3:03

**Counsel:** *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s)  ☐ Pro Se Plaintiff(s)  ☑ Counsel for Defendant(s)  ☐ Pro Se Defendant(s)
**Conference Type:**

☐ Initial Conference  ☐ Status Conference  ☐ Settlement Conference  ☑ Motion Hearing  ☐ Discovery Conference  ☐ JPTO Conference  ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record     [39, 42] granted as discussed.

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder     ☐ To be served     ☐ To be filed
    ☐ Complaint  ☐ Answer     ☐ On consent  ☐ By motion  ☐ By PMC letter

☐ Joint status letter  ☐ Stip of dismissal to be filed

☑ Status conference     Date: 9/22/16   Time: 3:00 pm
    ☑ In person  ☐ Telephone (718) 613-2300   To be organized by:

☐ Specific depositions to be held

☑ Fact discovery closes     10/7/16 *

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated     ☐ PMC letter  ☐ Briefing

☐ Joint pre-trial order to be filed     ☐ Letter for conference  ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference     Date:     Time:

\* This may need to be amended depending on the availability of documents and the number of witnesses to be deposed.

Page 1 of 3

**Vera M. Scanlon, USMJ**
**Conference Orders, Continued**

Case: Alleyne     Civ. A. 15 - 1860

Date: 7/27/2016

**Additional Orders:**

By 8/30/16, D to produce the identified materials on page 2 of [42] to Π subject to confidentiality order. Π w/draws request for CI assessment & RAP sheet for now, w/o prejudice. This is an unsealing order. If D is concerned that any given document reveals the CI or presents any risk to the CI, the documents may submitted ex parte for an in camera review with a cover letter.

 order to narrow the field of possible witnesses, Π will issue drafted affidavits to P.O. witnesses via D counsel. By 9/9/16, D will respond with affidavits of no-knowledge, or arrange deposition dates.

Page 2 of 3

**Vera M. Scanlon, USMJ**
**Conference Orders, Continued**

Case: __Alleyne__   Civ. A. __15__-__1860__

Date: __7__/__29__/2016

**Additional Orders:**

By 8/12/16, Π will provide the sworn affidavits and photos.

Page 3 of 3