UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X

KASHIF ALLEYNE, ET AL.

                              Plaintiffs,

                                                                   No. 15-cv-01860
           -against-                                        (WFK)(VMS)

CITY OF NEW YORK, et al.,                               **SUGGESTION**
                                                                           **OF DEATH**
                                       Defendants.
---------------------------------------------------------------------------X

        Defendants Ylka Morales, Natia Kalandadz, James McCullough, Lorne Kanover, and Waliur Rahman by their attorney, ZACHARY W. CARTER, Corporation Counsel of The City of New York, upon information and belief, suggest upon the record, pursuant to FRCP 25(a)(1), the death of plaintiff Kashif Alleyne, on August 28, 2016.

Dated:       New York, New York
                 August 31, 2016

                                                  Respectfully submitted,

                                                  ZACHARY W. CARTER
                                                  Corporation Counsel of the
                                                  City of New York
                                                  *Attorney for Defendants*
                                                  100 Church Street, Room 3-160
                                                  New York, New York  10007
                                                  (212) 356-4361
                                                  (212) 356-3508
                                                  wrodrigu@law.nyc.gov

                                    By:   _____/s/_____
                                               WILDA J. RODRIGUEZ
                                                 *Assistant Corporation Counsel*
                                                 Special Federal Litigation Division

To:     Robert Marinelli     **(BY ECF)**
          *Attorney for Plaintiffs*