**Record of Conference and Orders: Vera M. Scanlon, USMJ**   Date: 9/28/2016

Case: Alleyne et al v. The City of New York et al

Civ. A. 15 CV 1860 (WFK) (VMS)
**ECF Recording in 504N:**   ☐ Telephone Conference   ☑ In-person Conference

10:54 – 11:56

**Counsel:** *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☐ Motion Hearing ☑ Discovery Conference ☐
☐ JPTO Conference ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record     [SO] is moot as D do not oppose, [SI] granted as noted below

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder     ☐ To be served   ☐ To be filed
   ☐ Complaint ☐ Answer               ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☑ Status conference                    Date: 11/7/16   Time: 10:30 AM
   ☑ In person ☐ Telephone (718) 613-2300   To be organized by:

☐ Specific depositions to be held

☑ Fact discovery closes              11/30/16 *

☐ Expert disclosures to be served
☐ Initial expert report(s) to be served
☐ Rebuttal expert report(s) to be served     } none
☐ Expert discovery closes
☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated       ☐ PMC letter ☐ Briefing
☐ Joint pre-trial order to be filed      ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference                Date:            Time:

\* If depositions need to be taken, discovery to close by 1/31/17.

Case: Alleyne     Civ. A. 15-1860

Date: 9/28/2016

**Additional Orders:**

π has made a reasonable case that the CI information may be relevant to challenging the testimony of Det. Rahner. The information specific to this case could be relevant to the validity of the search warrant which was issued based on Det. Rahner's statement. To protect the CI and determine if the information is relevant, [and/or satisfies the CI privilege, the City is to submit the materials at [51] page 3 relating to the CI for in camera review by 10/26/16.*

By 10/26/16, Δ to produce the requested Nelson material.

Counsel are to confer as to whether the DD5s were produced,

* This production should include the scratch notes if they exist.

**Additional Orders:**

and if Π cannot locate them, Δ to produce another copy.

Counsel will confer as to whether supplemental affidavits will result in Π not needing to depose all of the officers. If the counsel cannot come to an agreement, Counsel will schedule the deposition.

Δs are to produce the complaint and supporting affidavit of arrestees at the subject location for individuals whose materials have not yet been produced by 10/26/16. This is an unsealing order.