

**ZACHARY W. CARTER**
*Corporation Counsel*

# THE CITY OF NEW YORK
## LAW DEPARTMENT

**Wilda J. Rodriguez**
phone: (212) 356-4361
fax: (212) 356-3508
email: wrodrigu@law.nyc.gov

SPECIAL FEDERAL LITIGATION
DIVISION
100 Church Street, 3rd Floor
New York, NY 10007

November 17, 2016

**VIA ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: <u>Kashif Alleyne, et al. v. City of New York, et al.</u>, 15-CV-01860 (WFK)(VMS)

Your Honor:

  I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to represent defendants in the above-referenced matter. I write the Court concerning the status conference scheduled for this morning in which I was not present due to a calendaring error. I apologize to Your Honor and also to the Court for my failure to appear and am prepared to move forward with the status conference set for December 6, 2016 at 9:30 a.m. I thank the Court for its time and consideration in this matter.

             Respectfully submitted,

             /s/

             Wilda J. Rodriguez
             *Assistant Corporation Counsel*
             Special Federal Litigation Division

cc: Robert Marinelli, Esq. (By ECF)