# ROBERT MARINELLI
### ATTORNEY
305 BROADWAY, 10TH FLOOR
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

November 18, 2016

**VIA ECF**
Hon. Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

      Re:    *Alleyne et al. v. City of New York, et al.*, 15-CV-1860 (WFK)(VMS)

Your Honor:

      I represent Plaintiffs in the above referenced action.

      I write to apologize to Your Honor for my failure to appear for the conference scheduled for yesterday morning. My absence was a result of a calendaring error. I believed the conference was to be held this morning. I am implementing measures to insure this mistake is not repeated.

      Respectfully submitted,

      /s

      Robert Marinelli

cc:  ACC Wilda Rodriguez
      NYC Law Department