Record of Conference and Orders: Vera M. Scanlon, USMJ     Date: 12/6/2016

Case: Alleyne et al v. The City of New York et al

Civ. A. 15 CV 1860 (WFK) (VMS)
ECF Recording in 504N:     ☐ Telephone Conference    ☑ In-person Conference

9:53 - 10:36

Counsel: *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

Conference Type:

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☐ Motion Hearing ☑ Discovery Conference ☐
☐ JPTO Conference   ☐ Other _____

Further to the conference, discovery and other scheduling dates are as follows:
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record      [61] granted in part, denied in part w/o prejudice

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder          ☐ To be served    ☐ To be filed
    ☐ Complaint ☐ Answer              ☐ On consent ☐ By motion ☐ By PMC letter

☑ Joint status letter ☐ Stip of dismissal to be filed     12/23/16 with deposition plan.

☐ Status conference        Date:            Time:
    ☐ In person ☐ Telephone (718) 613-2300    To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated      ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed          ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference         Date:            Time:

Case: Alleyne  Civ. A. 15-1860

Date: 12/6/2016

**Additional Orders:**

Π counsel will start with 5 depositions and the Court will revisit if any other depositions should be permitted.

The 11/22/16 order is extended to 12/13/16.

Counsel will submit a proposed revised discovery schedule by 12/23/16, taking into account Π's counsel's possible surgery.