

**ZACHARY W. CARTER**
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JENNY WENG**
*Senior Counsel*
Phone: (212) 356-2648
Fax: (212) 356-3509
Email: jweng@law.nyc.gov

December 8, 2016

**VIA ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Kashif Alleyne, et al. v. City of New York, et al., 15-CV-01860 (WFK)(VMS)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York. I write pursuant to Local Civil Rule 1.4 to request an order from the Court substituting Wilda Rodriguez as counsel of record in place of the undersigned. Simultaneously herewith, I am filing a notice of substitution of counsel, and respectfully requests that Jenny Weng be removed as an attorney of record on this matter.

      Respectfully submitted,

      /s/

      Jenny Weng
      Senior Counsel
      Special Federal Litigation Division

Encl.

cc:    Robert Marinelli, Esq. (By ECF)