UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x   X

KASHIF ALLEYNE, DERRICK LOUIGARDE,
and DAMANI MCFARLANE,

                              Plaintiff,                **NOTICE OF CHANGE OF ADDRESS, FIRM, AND EMAIL**

            -against-

CITY OF NEW YORK, et al.                       15-CV-1860 (WFK)(VMS)

                            Defendants.
----------------------------------------------------------------x   X

PLEASE TAKE NOTICE, pursuant to Local Rule 1.3 of this Court, of the following attorney information change for Juliene Drei Munar. My EDNY bar number is JM3734. My State Bar Number is 5306089.

| OLD FIRM: | NAME: | Wigdor LLP |
|---|---|---|
| | ADDRESS: | 85 Fifth Avenue, 5th Fl., New York, NY 10003 |
| | PHONE NUMBER: | (212) 257-6800 |
| | EMAIL: | dmunar@wigdorlaw.com |
| NEW FIRM: | NAME: | Wright and Marinelli LLP |
| | ADDRESS: | 305 Broadway, Ste. 1001, New York, NY 10007 |
| | PHONE NUMBER: | (212) 822-1427 |
| | EMAIL: | jdreimunar@gmail.com |

Dated:  December 21, 2016
         New York, New York

                                               /s
                                         Juliene Drei Munar
                                         305 Broadway, Suite 1001
                                         New York, New York 10007
                                         (212) 822-1427

To:    ACC Wilda J. Rodriguez, Esq.