

**T**HE **C**ITY OF **N**EW **Y**ORK
## LAW DEPARTMENT

ZACHARY W. CARTER
*Corporation Counsel*

SPECIAL FEDERAL LITIGATION
DIVISION
100 Church Street, 3rd Floor
New York, NY 10007

Wilda J. Rodriguez
phone: (212) 356-4361
fax: (212) 356-3508
email: wrodrigu@law.nyc.gov

December 23, 2016

**VIA ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   <u>Kashif Alleyne, et al. v. City of New York, et al.</u>, 15-CV-01860 (WFK)(VMS)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to represent defendants in the above-referenced matter. In accordance with Your Honor's Order entered on December 7, 2016 (Docket No. 60), the parties submit a joint status letter with a deposition plan.

The parties have conferred and identified the five officers that will be deposed. Based on Mr. Marinelli's representation at the last conference that it would take one month to conduct these depositions, defendants believe these depositions could be completed by early February. However, plaintiffs' counsel has indicated that because of their schedule they need until February 28, 2017. As a courtesy, defendants agree to this date.

Thank you for your time and consideration.

Respectfully submitted,

/s/

Wilda J. Rodriguez
*Assistant Corporation Counsel*
Special Federal Litigation Division

- 2 -

cc: Robert Marinelli, Esq. (Via ECF)
     Drei Munar, Esq. (Via ECF)