# WM | Wright & Marinelli, LLP
### ATTORNEYS AT LAW

**305 BROADWAY, SUITE 1001,
NEW YORK, NY 10007
OFFICE (212) 822-1427 • FACSIMILE (212) 822-1463**

**VIA ECF**
Hon. William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>Alleyne v. P.O. Rahman, et al.,</u> 15 CV 1860 (WFK)(VMS)

Your Honor:

     I represent the plaintiff in the above-referenced matter. Plaintiff writes to request a seven (7) day extension of time from November 6, 2017 to November 13, to serve his opposition to defendants' motion for summary judgment. This is plaintiff's first request for an extension.

     Should the Court grant this request, Plaintiff proposes the following revision to the briefing schedule: Plaintiff shall serve his opposition on or before November 13, and defendants shall serve their reply, and file all motion papers and provide courtesy copies to the Court on or before December 11.

I thank the Court for consideration of this request.

                    Sincerely,

                    /s
                    Robert Marinelli

cc:  Alex Noble, Esq.